UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ZAPPIA,

Plaintiff,

v.

RADIUS GLOBAL INFRASTRUCTURE, INC., WILLIAM H. BERKMAN, MICHAEL D. FASCITELLI, NOAM GOTTESMAN, WILLIAM D. RAHM, PAUL A. GOULD, ANTOINETTE COOK BUSH, THOMAS C. KING, NICK S. ADVANI, and ASHLEY LEEDS,

Defendants.

Case No. 23-cv-04076-ALC

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 5, 2023

**WOHL & FRUCHTER LLP**

By: /s *Joshua E. Fruchter*
Joshua E. Fruchter (JF2970)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
Fax: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*